UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON D. SMALLS,<br><br>                    Plaintiff,<br><br>-against-<br><br>AMY COOPER, M.D.; DANIEL S. MUNDY, M.D.; MATTHEW CARETTO, ESQ.; ADA CHARLOTTE ARMOUR,<br><br>                    Defendants. | 22-CV-4115<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 21, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 21, 2022
          New York, New York

                                                       /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge